**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Edwin Charles FORTES, Jr.,
Defendant–Appellant.**

**No. 05–41012
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

David Haskell Henderson, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District, Tyler, TX, Bernard John, Shealy for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Edwin Charles Fortes, Jr., has moved for leave to withdraw and has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fortes has filed a response. The record is insufficiently developed to allow consideration at this time of Fortes's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Fortes's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.